UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH MONTEFERRANTE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>RESTORATION HARDWARE HOLDINGS, INC.,<br><br>Defendant. | Civil Action No.<br>1:13-CV-10932-MLW |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
## FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE Plaintiff Judith Monteferrante, by her attorneys, hereby gives notice of the voluntary dismissal of her underlying action, without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i). In accordance with Fed. R. Civ. P. Rule 41(a)(1)(A)(i), this voluntary dismissal has been filed before Defendant has filed an answer or a motion for summary judgment and before certification of any class.

Dated:   June 28, 2013
         White Plains, New York

                                              **MEISELMAN, PACKMAN, NEALON**
                                              **SCIALABBA & BAKER P.C.**

                                    By: /s/ D. Greg Blankinship
                                        D. Greg Blankinship (BBO No. 655430)
                                        1311 Mamaroneck Avenue
                                        White Plains, New York 10605
                                        Tel: (914) 517-5000
                                        Fax: (914) 517-5055
                                        gblankinship@mpnsb.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2013, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class to Justin Chang, Esq.

/s/ D. Greg Blankinship